UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CYNTHIA RAMOS, et al.,                                      :
                                        Plaintiffs,         :
                                                            :
                -against-                                   :
                                                            :
DAVID C. BANKS, et al.,                                     :
                                        Defendants.  :
------------------------------------------------------------ X
                                                            :          24 Civ. 5109 (LGS)
OLIVER BRUCKAUF, et al.,                                     :          24 Civ. 5136 (LGS)
                                                            :
                                        Plaintiffs,         :                ORDER
                                                            :
                -against-                                   :
                                                            :
DAVID C. BANKS, et al.,                                     :
                                                            :
                                        Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on July 16, 2024, Plaintiffs in each of the above-captioned cases filed a motion for emergency injunctive relief "ordering and directing the Defendants to convene a resolution meeting for each Plaintiff with a relevant member or members of their Student's IEP team who have specific knowledge of the facts identified in the Student's Due Process Complaint, as well as a public agency representative, with decision-making authority on that agency's behalf, within 15 days of receipt of their DPC or as soon thereafter as practicable, but in no event more than 30 days from receipt of Plaintiff's DPC as required by the Individuals with Disabilities Education Act; and granting such other, further, and different relief as the Court may deem just, proper, and equitable."

WHEREAS, on July 17, 2024, a hearing was held on Plaintiffs' motions.  As discussed at the hearing, it is hereby

**ORDERED** that by **July 23, 2024,** Defendants shall file a form of order consistent with the discussions at the July 17, 2024, hearing.  Defendants shall email a courtesy copy in Word format to Schofield_NYSDChambers@nysd.uscourts.gov.  Plaintiffs may file objections or proposed revisions, no longer than three pages, by **July 26, 2024.**  It is further

**ORDERED** that the parties shall meet and confer by telephone or in person for at least one hour before the close of business on **July 19, 2024**, to attempt to agree on the attendees at Plaintiffs' resolution meetings as well as any other issues to facilitate the meetings being held on or before August 1, 2024.  The parties shall file a status letter by **July 22, 2024,** regarding the outcome of the meet and confer and whether the need for the proposed form of order is mooted.

Dated: July 17, 2024
      New York, New York

                                         LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE