# EXHIBIT 1

## ORDER ON PENDENCY

Case Number: 277237
Student's Name: ███████████
Request Date/Date Complaint Filed: July 2, 2024
Time Sensitive: No

The Student's pendency program is based upon the following:

☐ IEP/IESP Dated Enter date.
☐ Unappealed Findings of Fact and Decision Case No. Enter #. Dated Enter date.
☐ Agreement of the Parties Dated Enter date.
☒ Other (explain) SRO Decision No. 23-131 (Only as to tuition), dated 8/22/2023

The Student's pendency program is the following:

| Tuition to | School Year |
|---|---|
| International Academy for the Brain (iBRAIN) | ☐ 10 Month<br>☒ 12 Month<br>☐ Other: |
|  | ☐ 10 Month<br>☐ 12 Month<br>☐ Other: |

| Service or Item | Ratio or Frequency (if applicable) | For 10 or 12 Months |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

The Department of Education ("DOE") took the following position regarding the pendency program above:

☐ Did not contest.
☒ Agreed to the information above.
☐ The DOE was given an opportunity to respond on Enter date. and did not respond nor provide its position.

This pendency program shall be retroactive to the date of filing of the Due Process Complaint and, unless modified by a subsequent order or agreement, shall continue until the conclusion of the case.

**SO ORDERED.**
DATED: July 22, 2024

Blueth Bromfield
Digitally signed by Blueth Bromfield
Date: 2024.07.22 13:55:23 -04'00'

Impartial Hearing Officer

## NOTICE OF RIGHT TO APPEAL

Within 40 days of the date of this decision, the parent and/or the Public-School District has a right to appeal the decision to a State Review Officer (SRO) of the New York State Education Department under section 4404 of the Education Law and the Individuals with Disabilities Education Act.

If either party plans to appeal the decision, a notice of intention to seek review shall be personally served upon the opposing party no later than 25 days after the date of the decision sought to be reviewed.

An appealing party's request for review shall be personally served upon the opposing party within 40 days from the date of the decision sought to be reviewed. An appealing party shall file the notice of intention to seek review, notice of request for review, request for review, and proof of service with the Office of State Review of the State Education Department within two days after service of the request for review is complete. The rules of procedure for appeals before an SRO are found in Part 279 of the Regulations of the Commissioner of Education. A copy of the rules in Part 279 and model forms are available at http://www.sro.nysed.gov.