# EXHIBIT 4

Re: Outstanding balances for 22-23 and 23-24 SY

Arthur Mielnik <amielnik@ibrainnyc.org>
Fri 8/9/2024 1:51 PM

To:PreskaNYSDChambers@nysd.uscourts.gov <PreskaNYSDChambers@nysd.uscourts.gov>;david@thru-ed.com <david@thru-ed.com>
Cc:Flenory Shakeya <sflenory@schools.nyc.gov>;IUAuthorization <IUAuthorization@schools.nyc.gov>;Panicali John <jpanicali@schools.nyc.gov>;Sullivan Patrick <psullivan5@schools.nyc.gov>;Maria Mandilas <maria@pabilaw.org>;Crotty Theresa <TCrotty@schools.nyc.gov>;Kapoor Sapna <SKapoor2@schools.nyc.gov>;Billing Team <billing@pabilaw.org>;Bradley Click <brad@pabilaw.org>;IHOIUManagers <IHOIUManagers@schools.nyc.gov>

Dear Judge Preska and Special Master Irwin,

As you can see below, the DOE owes iBRAIN families over $2M in tuition, over $5.5M in transportation and over $3.3M in nursing just for the previous two school years (22-23 & 23-24 SY) based on actual orders by hearing officers, state review officers or federal judges.

In addition, there are 40+ students who have pendency at iBRAIN for the 2024-2025 school year based on previous FOFDs, SRO or federal court decisions - and as of today - 38 days AFTER the school year began and due process complaints were filed on July 2nd - the DOE has not even ACKNOWLEDGED their pendency obligations -- never mind actually paying on these obligations!

Once again, they are putting these students' education AT-RISK!  In fact, there was ONLY ONE student (not from one of these students listed below) where the hearing officer issued an actual Pendency Order and the DOE has paid it since the beginning of the 2024-2025 school year (the DOE failed to appear before the IHO to "object to pendency").  The DOE is purposefully refusing their financial and legal obligation ***"to continue funding whatever educational placement was last agreed upon for the child until the relevant administrative and judicial proceedings are complete."*** Those were words from the Second Circuit throughout the decades!

In fact, all of these students below are simultaneously in federal court (I have listed their federal cases).  The first thing they were seeking was to have actual "Resolution Meetings" so they could agree on something simple, like pendency -- but the DOE refused to hold actual Resolution Meetings and the federal courts continue to let the DOE get away with violating these Parents and Students' rights!

The current amount owed through pendency, just on these students below, is over $1.5M and in a couple of weeks about $3M more will be owed -- and that is just tuition!  Sooner or later, a federal judge is going to hold the DOE and its leadership in contempt for their failure to uphold their legal obligations -- and maybe then -- they will pay attention to these families.

*Ramos v. Banks 24-cv-05109 [Judge Lorna Schofield]*

| STUDENT | IHO # | PAYMENT #1 (due 7/2/24) | PAYMENT #2 (due 9/5/24) | PAYMENT #3 (due 1/2/25) |
|---|---|---|---|---|
| W.R | 277110 | $57,211.98 | $106,896.07 | $171,635.95 |
| C.B. | 277158 | $52,355.17 | $97,821.51 | $157,065.52 |
| L.S. | 277282 | $56,937.97 | $106,384.11 | $170,813.92 |
| D.O. | 277162 | $59,483.97 | $111,141.11 | $178,451.92 |
| R.P | 277077 | $58,465.57 | $109,238.31 | $175,396.72 |
| J.L | 277191 | $58,465.57 | $109,238.31 | $175,396.72 |

*Bruckauf v. Banks 24-cv-05136 [Judge Lorna Schofield]*

| STUDENT | IHO # | PAYMENT #1 (due 7/2/24) | PAYMENT #2 (due 9/5/24) | PAYMENT #3 (due 1/2/25) |
|---|---|---|---|---|
| E.B. | 277281 | $52,864.37 | $98,772.91 | $158,593.12 |

| STUDENT | IHO # | PAYMENT #1 | PAYMENT #2 | PAYMENT #3 |
|---|---|---|---|---|
| E.R. | 277280 | $56,428.77 | $105,432.71 | $169,286.32 |
| H.C. | 277039 | $56,428.77 | $105,432.71 | $169,286.32 |
| J.B. | 277050 | $57,956.37 | $108,286.91 | $173,869.12 |
| J.B. | 277063 | $57,956.37 | $108,286.91 | $173,869.12 |
| R.L. | 277224 | $57,447.17 | $107,335.51 | $172,341.52 |
| V.G. | 277119 | $58,974.77 | $110,189.71 | $176,924.32 |
| Z.C. | 277285 | $55,175.18 | $103,090.47 | $165,525.55 |

*Chaperon v. Banks 24-cv-05135 [Judge Jennifer Rearden]*

| STUDENT | IHO # | PAYMENT #1 (due 7/2/24) | PAYMENT #2 (due 9/5/24) | PAYMENT #3 (due 1/2/25) |
|---|---|---|---|---|
| A.J.C.B. | 277266 | $59,483.97 | $111,141.11 | $178,451.92 |
| A.C. | 277023 | $57,956.37 | $108,286.91 | $173,869.12 |
| A.F. | 277101 | $53,138.38 | $99,284.87 | $159,415.15 |
| D.D.L.C. | 277231 | $55,410.37 | $103,529.91 | $166,231.12 |
| L.V.F. | 277274 | $60,756.97 | $113,519.61 | $182,270.92 |
| O.C. | 277135 | $58,974.77 | $110,189.71 | $176,924.32 |

*Thomas v. Banks 24-cv-05138 [Judge Jennifer Rochon]*

| STUDENT | IHO # | PAYMENT #1 (due 7/2/24) | PAYMENT #2 (due 9/5/24) | PAYMENT #3 (due 1/2/25) |
|---|---|---|---|---|
| A.T. | 277264 | $53,647.58 | $100,236.27 | $160,942.75 |
| A.C.T. | 277096 | $58,974.77 | $110,189.71 | $176,924.32 |
| L.C. | 277155 | $55,684.38 | $104,041.87 | $167,053.15 |
| M.C. | 277178 | $63,557.57 | $118,752.31 | $190,672.72 |
| S.J.D. | 277140 | $58,974.77 | $110,189.71 | $176,924.32 |
| M.B. | 277132 | $59,993.17 | $112,092.51 | $179,979.52 |

*Moonsammy et al. v. Banks 24-cv-05151 [Judge Paul Engelmayer]*

| STUDENT | IHO # | PAYMENT #1 (due 7/2/24) | PAYMENT #2 (due 9/5/24) | PAYMENT #3 (due 1/2/25) |
|---|---|---|---|---|
| A.M. | 277268 | $59,483.97 | $111,141.11 | $178,451.92 |

I appreciate your time and consideration.

Regards,
Arthur

# iBRAIN
International Institute for the Brain
International Academy for the Brain
International Center for the Brain

**Arthur Mielnik**
Director of Strategic Planning

**International Institute for the Brain**
**International Academy for the Brain**
**International Center for the Brain**

**Main Office:** 646-315-1549

**Direct Line:** 347-840-2517

**Email:** AMielnik@iBRAINNYC.ORG

iBRAINnyc.org | Download Brochure

**Location:**
Manhattan: 403 East 91st St, New York, NY 10128
Brooklyn: 213 48th St Brooklyn, NY 11220

**Confidentiality Notice** -- This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential information. Unauthorized use or disclosure is prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.

**Aviso de confidencialidad**-- Este mensaje de correo electrónico, incluyendo todos los archivos adjuntos, es para el uso exclusivo de los destinatarios previstos y contiene información confidencial. Se prohíbe el uso o la divulgación no autorizados. Si usted no es el destinatario deseado, usted no puede utilizar, revelar, copiar o difundir esta información. Si usted no es el destinatario deseado, por favor póngase en contacto con el remitente inmediatamente por correo electrónico de respuesta y destruir todas las copias del mensaje original, incluyendo los archivos adjuntos.

---

**From:** Maria Mandilas <maria@pabilaw.org>
**Sent:** Thursday, August 8, 2024 3:30 PM
**To:** Flenory Shakeya <sflenory@schools.nyc.gov>; Sullivan Patrick <psullivan5@schools.nyc.gov>
**Cc:** IUAuthorization <IUAuthorization@schools.nyc.gov>; Panicali John <jpanicali@schools.nyc.gov>; Crotty Theresa <TCrotty@schools.nyc.gov>; Kapoor Sapna <SKapoor2@schools.nyc.gov>; Arthur Mielnik <amielnik@ibrainnyc.org>; Billing Team <billing@pabilaw.org>; Bradley Click <brad@pabilaw.org>; IHOIUManagers <IHOIUManagers@schools.nyc.gov>
**Subject:** Outstanding balances for 22-23 and 23-24 SY

Dear Ms. Flenory and Mr. Sullivan,

Below is a chart of outstanding tuition, transportation and nursing payments our Clients who attend iBRAIN are still due for the 2022-2023 and 2023-2024 school year based upon either pendency, FOFD, SRO or federal court decisions ... all necessary documentation have been provided (multiple times).

Could you please have your office expedite these payments.  As you can see, some of these are more than TWO years old!

| **Student Name** | **IHO Number** | **Tuition** | **Transport** | **Nursing** |
|---|---|---|---|---|
| ███████ | 271964 | $288,232 | $192,930 | $0.00 |
| ███████ | 266488 | $309,160 | $166,770 | $0.00 |
| ███████ | 250846 | $67,518.32 | $39,780 | $69,784 |
| ███████ | 250927 | $1,021.90 | $0.00 | $0.00 |

| Student ID | | | |
|---|---|---|---|
| 266611 | $123,842.24 | $128,620 | $0.00 |
| 250918 | $0.00 | $111,180 | $0.00 |
| 250966 | $0.00 | $46,020 | $69,784 |
| 251029 | $0.00 | $166,770 | $0.00 |
| 265816 | $0.00 | $192,930 | $0.00 |
| 250794 | $0.00 | $111,180 | $0.00 |
| 251257 | $0.00 | $111,180 | $0.00 |
| 250848 | $0.00 | $265,960 | $0.00 |
| 251068 | $0.00 | $140,910 | $0.00 |
| 251196 | $0.00 | $202,642 | $0.00 |
| 250931 | $0.00 | $167,750 | $0.00 |
| **SUB-TOTAL (2023-2024 School Year)** | **$791,666.71** | **$1,395,980** | **$1,209,386** |
| 242728 | $0.00 | $90,090 | $0.00 |
| 240516 | $0.00 | $0.00 | $272,217 |
| 242435 | $177,390 | $0.00 | $0.00 |
| 228632 | $0.00 | $151,110 | $0.00 |
| 247652 | $69,202.20 | $22,368 | $54,240 |
| 240713 | $108,158.40 | $113,850 | $0.00 |
| 240494 | $0.00 | $216,810 | $2,794 |
| 243480 | $0.00 | $12,960 | $17,402 |
| 240892 | $106,714.40 | $0.00 | $269,731 |
| 244571 | $0.00 | $127,170 | $0.00 |
| 228773 | $779.67 | $0.00 | $0.00 |
| 228618 | $0.00 | $11,466 | $0.00 |
| 210867 | $0.00 | $102,054 | $0.00 |
| 228785 | $826.84 | $101,250 | $0.00 |
| 228527 | $0.00 | $177,390 | $0.00 |
| 228692 | $0.00 | $37,560 | $41,810 |
| 228609 | $0.00 | $113,850 | $0.00 |
| 228674 | $0.00 | $151,110 | $0.00 |
| 228720 | $0.00 | $177,390 | $0.00 |
| 228587 | $0.00 | $84,346 | $0.00 |
| 228686 | $0.00 | $182,907.99 | $0.00 |
| 228530 | $0.00 | $146,610 | $0.00 |
| 229415 | $0.00 | $177,390 | $0.00 |
| 230295 | $0.00 | $40,950 | $0.00 |
| 228567 | $0.00 | $42,120 | $0.00 |
| 228467 | $84,669.51 | $146,610 | $0.00 |
| 241184 | $0.00 | $119,574 | $0.00 |
| 228523 | $0.00 | $119,880 | $0.00 |
| 228484 | $0.00 | $0.00 | $20,394 |
| 229417 | $0.00 | $102,054 | $247,470 |
| 229655 | $0.00 | $0.00 | $270,974 |
| **SUB-TOTAL (2022-2023 School Year)** | **$1,526,331.54** | **$4,221,107.99** | **$2,118,208** |

TOTALS OUTSTANDING (both school years):
TUITION: **$2,317,998.28**

TRANSPORTATION: **$5,617,087.99**
NURSING: **$3,327,594**

PLEASE NOTE: These amounts do NOT include any late payment penalties or fees.

Thank you in advance for your timely attention to this matter.


--



**Maria Mandilas | Senior Paralegal**
*300 East 95th Street, Suite #130*
*New York, New York 10128*
*Tel. 646.850.5035*

braininjuryrights.org

**Confidentiality Notice -** *This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential information. Unauthorized use or disclosure is prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.*

**Aviso de confidencialidad** *- Este mensaje de correo electrónico, incluyendo todos los archivos adjuntos, es para el uso exclusivo de los destinatarios previstos y contiene información confidencial. Se prohíbe el uso o la divulgación no autorizados. Si usted no es el destinatario deseado, usted no puede utilizar, revelar, copiar o difundir esta información. Si usted no es el destinatario deseado, por favor póngase en contacto con el remitente inmediatamente por correo electrónico de respuesta y destruir todas las copias del mensaje original, incluyendo los archivos adjuntos*