UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CYNTHIA RAMOS, et al.,                                      :
                    Plaintiffs,                                 :
                                                            :
       -against-                                          :
                                                            :
DAVID C. BANKS, et al.,                                     :
                    Defendants.                                 :
------------------------------------------------------------ X
                                                            :   24 Civ. 5109 (LGS)
OLIVER BRUCKAUF, et al.,                                    :   24 Civ. 5136 (LGS)
                                                            :
                  Plaintiffs,                                  :   ORDER
                                                            :
       -against-                                          :
                                                            :
DAVID C. BANKS, et al.,                                     :
                                                            :
                  Defendants.                                 :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on August 16, 2024, Plaintiffs in Case No. 24 Civ. 5109 filed a Memorandum of Law in Support of an Order to Show Cause for a Temporary Restraining Order ("TRO") and/or Preliminary Injunction;

      WHEREAS, on August 19, 2024, Defendants were ordered to file a response by August 23, 2024, and show cause before the Court on August 27, 2024 at 11:00 AM, why an order should not be issued pursuant to 20 U.S.C. § 1415(j) and Rule 65 of the Federal Rules of Civil Procedure, identifying the Plaintiffs' pendency programs/placements and requiring the Defendants to fund said programs/placements, inclusive of tuition, related services, special transportation, and nursing where applicable, throughout the pendency of all administrative and judicial proceedings under the Individuals with Disabilities Education Act relative to each

Student's Due Process Complaint for the 2024–2025 extended school year; directing the DOE to fund each Student-Plaintiff's tuition and related services to the extent that each Parent-Plaintiff is obligated, and granting such other, further, and different relief that the Court may deem just, proper, and equitable;

WHEREAS, on August 19, 2024, Plaintiffs in Case No. 24 Civ. 5136 filed a Memorandum of Law in Support of an Order to Show Cause for a TRO and/or Preliminary Injunction, asking for the same relief. It is hereby

**ORDERED** that Defendants' deadline to respond to Plaintiffs' filings in No. 24 Civ. 5109 is extended to August 27, 2024. By **August 27, 2024**, Defendants shall file a consolidated opposition to Plaintiffs' filings in both above-captioned cases. It is further

**ORDERED** that the show cause conference scheduled for August 27, 2024, is adjourned to **September 3, 2024 at 3:00 P.M.** At that time, the parties in both above-captioned cases shall call 888-363-4749 and enter the access code 558-3333.

Dated: August 21, 2024
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**