SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CYNTHIA RAMOS, et al.,
                        Plaintiffs,

         -against-

DAVID C. BANKS, et al.,
                       Defendants.
------------------------------------------------------------X

24 Civ. 5109 (LGS)
OLIVER BRUCKAUF, et al.,                    24 Civ. 5136 (LGS)

                       Plaintiffs,   ORDER

         -against-

DAVID C. BANKS, et al.,

                       Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a telephonic conference was held on September 3, 2024. For the reasons discussed at the conference;

      WHEREAS, during the conference Plaintiff agreed to dismiss voluntarily the second action without prejudice, it is hereby

      **ORDERED** that by **September 12, 2024**, Plaintiff shall file any amended complaint in either or both of the above-captioned actions, including withdrawing the second cause of action. It is further

      **ORDERED** that by **September 27, 2024**, Defendants shall file a fact-based motion to dismiss under Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction, with a memorandum of law not to exceed twenty-five pages. By **October 18, 2024**, Plaintiffs shall file their opposition, not to exceed twenty-five pages. By **October 31, 2024**, Defendants

shall file their reply, not to exceed ten pages.  The parties shall comply with the Court's Individual Rules in filing their papers.

      The Clerk of Court is respectfully directed to close the motion in case No. 24 Civ. 5136 at Dkt. 35.

Dated: September 4, 2024
       New York, New York

                                          **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**