SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------------------------X
                                                        :
    CYNTHIA RAMOS, et al.,                              :
                                    Plaintiffs,         :
                                                        :
                    -against-                           :
                                                        :
    DAVID C. BANKS, et al.,                             :
                                    Defendants.         :
-------------------------------------------------------- X
                                                        :        24 Civ. 5109 (LGS)
    OLIVER BRUCKAUF, et al.,                            :        24 Civ. 5136 (LGS)
                                                        :
                                    Plaintiffs,         :        ORDER
                                                        :
                    -against-                           :
                                                        :
    DAVID C. BANKS, et al.,                             :
                                                        :
                                    Defendants.         :
-------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conferences in these matters are scheduled for November 20, 2024. It is hereby

ORDERED that the November 20, 2024, initial pretrial conferences are **CANCELED**.  If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conferences can be reinstated.  It is further

ORDERED that discovery is stayed during the pendency of the motion to dismiss.  It is further

ORDERED that by **November 20, 2024**, the parties shall file a letter updating the Court on the status of the Student Plaintiffs' administrative proceedings.  Until the resolution of the pending motion to dismiss, the parties shall also file a status update every thirty days.

Dated: November 14, 2024
　　　　New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE