SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CYNTHIA RAMOS, et al.,
                              Plaintiffs,

            -against-

DAVID C. BANKS, et al.,
                              Defendants.
------------------------------------------------------------ X

OLIVER BRUCKAUF, et al.,

                              Plaintiffs,

            -against-

DAVID C. BANKS, et al.,

                              Defendants.
------------------------------------------------------------ X

24 Civ. 5109 (LGS)
24 Civ. 5136 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated November 14, 2024, ordered the parties to file status letters every thirty days until the resolution of the pending motion to dismiss;

WHEREAS, the parties filed status updates on November 20, 2024. It is hereby

**ORDERED** that the parties' obligation to file status letters is **STAYED** until further notice.

Dated: December 11, 2024
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE