

**T**HE **C**ITY OF **N**EW **Y**ORK

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**DANIEL R. PEREZ**
Phone: (212) 356-0877
Fax: (212) 356-1148
danipere@law.nyc.gov
(not for service)

Application **GRANTED**. The parties' deadline to file the status update is extended to **June 6, 2025**.

Dated: June 5, 2025
   New York, New York

*[signature]*

**L**ORNA **G. S**CHOFIELD
**U**NITED **S**TATES **D**ISTRICT **J**UDGE

**BY ECF**
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Ramos, et al. v. Banks, et al.*, 24-cv-5109 (LGS)
   *Bruckauf et al. v. Banks et al.*, 24-cv-5136 (LGS)

Your Honor:

   I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants the New York City Department of Education ("DOE") and DOE Chancellor David Banks in the above-referenced actions. I write to request an extension of the parties' time to submit a joint status update and proposed order in accordance with the Court's May 21, 2025, Opinion & Order (the "Order") from today June 4, 2025, until June 6, 2025.

   Defendants would appreciate a brief extension of time as the parties are continuing to discuss the status of the respective student-Plaintiffs and require a limited amount of additional time to prepare a joint proposed order consistent with the Order. This is Defendants' first request for an extension of time to comply with the Court's Order, and Plaintiffs consent to the request.

- 2 -

The parties thank the Court for its consideration of this request.

> Respectfully submitted,
>
> /s/  Daniel R. Perez
> Daniel R. Perez
> Assistant Corporation Counsel

cc:   All counsel of record (via ECF)