

September 10, 2025

**VIA ECF**
Honorable Lorna G. Schofield
United States District Court Judge
District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> The application is untimely but **GRANTED** nunc pro tunc. The parties shall file their joint status letter by **September 15, 2025**. Pursuant to the Order dated June 13, 2025, the parties' next joint status letter shall be filed by **December 9, 2025**.
>
> The Clerk of Court is respectfully directed to close the motions at 24 Civ. 5109 Dkt. No. 123 and 24 Civ. 5136 Dkt. No. 109.
>
> Dated: September 11, 2025
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re: *Ramos et al. v. Banks et al.*, 24-cv-5109
*Bruckauf et al. v. Banks et al.*, 24-cv-5136
Request for Extension of Time to File Joint Status Letter

Dear Judge Schofield:

    The parties respectfully request an extension of time to file the joint status letter in these matters, from September 10, 2025 to September 15, 2025. The undersigned counsel was not assigned this task until today and prepared a proposed status letter for opposing counsel's review. However, Defendants' counsel are unable to review it today. Therefore, the parties seek an extension of time until Monday, September 15, 2025 to file the joint status letter.

    The parties have not previously sought an extension of time to file their first joint status letter.

Respectfully Submitted,

*Nicole Lancia*

Nicole Lancia

Cc: All Counsel of Record via ECF

646-850-5035 | 30 East 33rd Street, 12th Floor, New York, NY 10016 | LibertyFreedom.law