UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

CYNTHIA RAMOS, et al.,
Plaintiffs,

-against-

DAVID C. BANKS, et al.,
Defendants.

---------------------------------------------------------------X

OLIVER BRUCKAUF, et al.,
Plaintiffs,

-against-

DAVID C. BANKS, et al.,
Defendants.

---------------------------------------------------------------X

24 Civ. 5109 (LGS)
24 Civ. 5136 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties in the above-captioned cases last filed joint status letters on December 12, 2025. The parties stated that they would continue to report the appellate proceedings and the underlying circumstances related to the student-plaintiffs' pendency funding and services and that they would promptly inform the Court if additional developments occurred that would affect the posture of the case.

WHEREAS, the Second Circuit issued a mandate of affirmance for Case No. 24 Civ. 5136 on July 1, 2026, and for Case No. 24 Civ. 5109 on September 9, 2026. It is hereby

**ORDERED** that the parties shall file, by **November 16, 2026**, joint status letters, which shall address proposed next steps.

Dated: November 2, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE